# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

kjohnson@faillacelaw.com
kevinsjohnson1@gmail.com

April 19, 2021

**By ECF**

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadmand Plaza East
Brooklyn, New York 11201

      Re:    <u>**Valenzuala Munoz v. Car Wash Express, Inc., et al.**</u>
              Case No. 18-cv-05796-MKB-RML

## JOINT STATUS REPORT

Dear Judge Carter:

    I am counsel to Plaintiffs in the above-referenced matter, and I write jointly with opposing counsel to briefly update the Court on the status of this matter.

    The Parties have settled the action and the settlement agreement as been fully executed as of today, April 19, 2021. The Parties anticipate filing a joint motion for approval of the settlement and the setting of attorneys' fees for the Plaintiff. The Parties welcome the opportunity to do so and will abide by any deadlines set by the Court.

                        Respectfully Submitted,

                        <u>*/s Kevin S. Johnson*</u>
                        Kevin S. Johnson, Esq.
                        Michael Faillace & Associates, P.C.
                        *Attorneys for Plaintiffs*

**Cc:**    <u>**VIA ECF**</u>
        Jasmine Patel
        jpatel@franklingringer.com

Hon. Andrew L. Carter
May 23, 2017
Page 2 of 2